'08 CIV 5681

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PATRICIA BURKEY,

                Plaintiff,

-against-

SOLSTISS INC., SOLSTISS S.A., LAURENCE
JAILLET and SANDRINE BERNARD

                Defendants.

Index No.: 106868/08

**DEFENDANTS' RULE 7.1 STATEMENT**

---

Pursuant to Fed. R. Civ. P. 7.1 [formerly Local General Rule 1.9] and to enable Judges and Magistrate Judges of the court to evaluate possible disqualifications or recusals, the undersigned certifies that Defendant Solstiss S.A. has the following parent or subsidiary companies: HDCE Holding; SAS Ets Jean Fouquart; Solstiss Inc. and Bellier Teinture. Defendant Solstiss Inc. has the following parent or subsidiary companies: Solstiss S.A.S; HDCE Holding.

Dated: New York, New York
       June 24, 2008

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____
    Ira G. Rosenstein (IR 3429)
    666 Fifth Avenue
    New York, New York 10103
    (212) 506-5000

Attorneys for Defendants
Solstiss Inc., Solstiss S.A., Laurence Jaillet and Sandrine Bernard