ORRICK, HERRINGTON & SUTCLIFFE LLP
666 FIFTH AVENUE, NEW YORK, NEW YORK 10103
TELEPHONE: (212) 506-5000
FACSIMILE: (212) 506-5151

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
PATRICIA BURKEY,

                                                          Case No. 08-cv-5681 (MGC) (DFE)

                          Plaintiff,


                  -- v. --

                                                          **AFFIDAVIT OF SERVICE**

SOLSTISS, INC., SOLSTISS, S.A., LAURENCE
JAILLET and SANDRINE BERNARD


                          Defendants.
-----------------------------------------------------------x
STATE OF NEW YORK    )
                                  : ss.:
COUNTY OF NEW YORK )


            Robinson Howard, being duly sworn, deposes and says:


      1.            I am over the age of 18 years and am not a party to this action, and am
employed by Orrick, Herrington & Sutcliffe LLP.


      2.            On the 24th day of June, 2008 I served true copies of the Civil Cover Sheet,
Notice of Removal, Rule 7.1 Statement, Individual Rules of Judge Cedarbaum and Magistrate Judge
Eaton, Electronic Case Filing Rules & Instructions and Consent Form to Proceed Before United
States Magistrate Judge by placing true and correct copies thereof in a properly addressed and sealed
envelope and depositing in the custody of the U.S. Postal Service within New York to the address
below:


            Constantine Hatzis, Esq.
            Cheven, Keely & Hatzis, Esqs.
            40 Wall Street, 15th Floor
            New York, New York 10005


                                                          _____
                                                                Robinson Howard


Sworn to before me this
24th day of June, 2008

_____
      Notary Public

                  THOMAS BACKIEL
                  Notary Public, State of New York
                  No. 01BA6083754
                  Qualified in Queens County
                  Commission Expires Nov. 25, 2010